## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>Kawalpreet Singh</u>

   Petitioner

       V.

CIVIL ACTION

NO. <u>20-10826-ADB</u>

<u>Antone Moniz</u>

   Respondent

## **<u>ORDER OF DISMISSAL</u>**

<u>Burroughs, D. J.</u>

    In accordance with the Court's Electronic Order dated <u>June 08, 2020</u> DENYING the Petitioner's Petition for Writ of Habeas Corpus. The Habeas petition is hereby DISMISSED.

                      By the Court,

<u>June 8, 2020</u>              <u>/s/Christina McDonagh</u>
   Date                       Deputy Clerk